IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 16-cv-02736-WYD-CBS | Date: May 15, 2017 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

DEBORAH ANN PLATT, *et al.,*   Ronald Burdge

Plaintiff,

v.

WINNEBAGO INDUSTRIES, INC.,   Vikrama Chandrashekar

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 02:27 p.m.**
Court calls case. Appearances of counsel.

This case was referred to conduct an Early Neutral Evaluation.

Discussion regarding completed discovery, anticipated discovery, and anticipated motions for summary judgment.

At this time, parties believe an Early Neutral Evaluation would not be helpful. If parties believe an Early Neutral Evaluation would be helpful at a later date, they should contact Judge Shaffer's chambers.

HEARING CONCLUDED.

**Court in recess: 03:02 p.m.**
Total time in court: 00:35

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.